# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

VANESSA HURLEY,

        Plaintiff,    :   Case No. 3:13-cv-197

- vs -    :   District Judge Timothy S. Black
        Magistrate Judge Michael R. Merz

MIAMI COUNTY JUVENILE COURT,
et al.,

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the Petition is DISMISSED without prejudice for lack of subject matter jurisdiction.

July 12, 2013.

                                          Timothy S. Black
                                          United States District Judge